UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60555-CIV-DIMITROULEAS

IRA LAZARUS,

    Plaintiff,

v.

SHOWCASE PROVISIONS,
INC., a Florida Corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, IRA LAZARUS, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the terms of their resolution and anticipate filing the appropriate dismissal documents with this Court within the next two (2) weeks.

    Respectfully submitted,

    CELLER LEGAL GROUP
    284 South University Drive
    Fort Lauderdale, Fl. 33324
    Tel: 954-318-0268
    Fax: 954-333-3515
    E-mail: Richard@cellerlegal.com

    **/S RICHARD CELLER**
    RICHARD CELLER
    Fl. Bar No.: 0173370

2

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 7th day of November 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to: John P. Kelly THE KELLY LAW FIRM, 2400 East Commercial Blvd., Suite 211, Ft. Lauderdale, Florida, 33308.

                                                      **/S RICHARD CELLER**
                                                      RICHARD CELLER