UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60555-CIV-DIMITROULEAS

IRA LAZARUS,

    Plaintiff,

v.

SHOWCASE PROVISIONS,
INC., a Florida Corporation,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure and the provisions of the FLSA, the parties jointly stipulate to the dismissal with prejudice of Plaintiff's claims and Defendant's defenses in this matter. The parties specifically state that Plaintiff has been paid his back wages and liquidated damages *in full without compromise*.

RESPECTFULLY SUBMITTED, this 8th day of November 2006.

| MORGAN & MORGAN | THE KELLY LAW FIRM |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| 284 South University Drive | 2400 East Commercial Blvd. |
| Fort Lauderdale, Florida 33324 | Suite 211 |
| Telephone: 877-435-9243 | Ft. Lauderdale, Florida 33308 |
| Facsimile: 954-333-3515 | Telephone: (954) 568-5555 |
| | Facsimile: (954) 568-5553 |
| **s/ RICHARD CELLER** | **s/ JOHN P. KELLY** |
| Richard Celler, of Counsel | John P. Kelly, Esq. |
| Fl. Bar Number 0173370 | Fl. Bar Number 284289 |
| E-mail: Richard@cellerlegal.com | E-mail: jkelly@businesslitigation.com |